IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADELE GLENN**, | ) |
| Plaintiff, | ) ) ) |
| V. | ) Civil No. **06-234-WDS** |
| **COVENANT CARE MIDWEST, INC., et al.**, | ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's "Verified Motion to Stay/Suspend Amended Scheduling and Discovery Order." **(Doc. 16).** A new administrator of the estate is needed, as plaintiff is seriously ill and cannot adequately participate in discovery and prosecute this case. Therefore, plaintiff requests a stay until such time as a new administrator is appointed by the state court.

After consultation with U.S. District Judge William D. Stiehl, it is agreed that at this juncture a stay of the pretrial schedule is not warranted. The discovery cutoff is not until June 1, 2007. Pursuant to Local Rule 26.1(d), the parties are free to rejigger interim discovery deadlines without Court approval. The parties should memorialize any such agreement in writing, so that the Court can later enforce those deadlines. The Court will remain open to revising the pretrial schedule and presumptive trial setting if there is a substantial delay in the appointment of a new estate administrator.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 16)** is **GRANTED IN PART AND DENIED IN PART**. Although the discovery cutoff, dispositive motion deadline, settlement conference, final pretrial conference and presumptive trial setting will not be stayed or

1

altered, the Court's October 19, 2006, order setting a November 30, 2006, deadline for plaintiff's deposition **(Doc. 15)** is **VACATED**.  As explained above, the parties should attempt to amicably revise interim discovery deadlines to compensate for time lost due to the need for a new estate administrator.

**IT IS SO ORDERED.**

**DATED:   December 13, 2006**                              <u>**s/ Clifford J. Proud**</u>
                                                                                          **CLIFFORD J. PROUD**
                                                                                          **U. S. MAGISTRATE JUDGE**